## KENNETH BOYKIN *v.* COMMISSIONER OF CORRECTION

The petitioner Kenneth Boykin's petition for certification for appeal from the Appellate Court, 98 Conn. App. 429 (AC 26580), is denied.

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*John C. Drapp III*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided January 4, 2007

## STATE OF CONNECTICUT *v.* THOMAS ARNOLD

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 492 (AC 26674), is denied.

*David A. Moraghan*, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided January 4, 2007